| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 95CR00413-001-PHX |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED Jan 31 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J. | DOCKET NUMBER *(Rec. Court)* CR 08 00049 RMW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JESSE MORAN ROJAS JR. | DISTRICT District Of Arizona | DIVISION Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger G. Strand | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/1/2006 — TO 3/31/2011 |

OFFENSE

21 U.S.C. 841(a) and (b)(1)(A)(ii)(II) Possession with Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-11-08
Date

*/s/ Roger G. Strand*
The Honorable Roger G. Strand
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-30-08
Effective Date

*/s/*
United States District Judge

