# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

CR-08-00049-RMW

February 28th 2008

FILED
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

RE:    CR 95-413-001-PHX-RGS   Tran. Court   (Re: dft Jesse Moran Rojas, Jr.)

Dear Clerk of Court:

Enclosed are transfer documents pursuant to F.R.Crim.P. 18:3605. Documents include:

1) Certified copy of docket sheet                         X
2) Consent to Transfer Case pursuant to 18:3605           X
3) Certified copy of indictment/charging document         X
4) Certified copy of Judgment and Commitment              X
5) Other:

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

Sincerely,

RICHARD H. WEARE, DCE/CLERK

By  s/ Kathy Gerchar
       Kathy Gerchar, Deputy Clerk

Enclosures
cc:   Courtroom Deputy           U. S. Attorney
      U. S. Probation            Defendant's Attorney
      Pretrial Services          U. S. Marshal

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED _____ LODGED _____
RECEIVED _____ COPY

FEB 19 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z _____ DEPUTY

ORIGINAL FILED
Jan 31 08 AM 10: 02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. OF CA. S.J.

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 95CR00413-001-PHX |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| JESSE MORAN ROJAS JR. | District Of Arizona | Phoenix |

CR 08 00049 RMW

| | |
|---|---|
| NAME OF SENTENCING JUDGE | Roger G. Strand |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/1/2006 | TO 3/31/2011 |
|---|---|---|

OFFENSE

21 U.S.C. 841(a) and (b)(1)(A)(ii)(II) Possession with Intent to Distribute Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __DISTRICT OF ARIZONA__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-11-08
Date

_Neil V Wake_
For The Honorable Roger G. Strand
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

\_30 07\_
Effective Date

United States District Judge

I hereby attest and certify on __2/28/08__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _Kathleen W. _____ Deputy

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@azdlei.azd.circ9.dcn Bcc: Message-Id:<2617154@azd.uscourts.gov>Subject:Activity in Case 2:95-cr-00413-RGS USA, et al v. Rojas Transfer Out - Probation/Supervised Release Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

## DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 2/28/2008 at 8:54 AM MST and filed on 2/19/2008

**Case Name:** USA, et al v. Rojas

**Case Number:** 2:95-cr-413

**Filer:**

**Document Number:** 76

**Docket Text:**
Supervised Release Jurisdiction Transferred to Northern District of California as to Jesse Moran Rojas, Jr. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # (1) Transfer Letter)(KMG)

**2:95-cr-413-1 Notice has been electronically mailed to:**
Michael V Black   Mike@MichaelVBlack.com

**2:95-cr-413-1 Notice will be sent by other means to those listed below if they are affected by this filing:**
Michael William Kemp
US Attorney's Office
2 Renaissance Sq
40 N Central
Ste 1200
Phoenix, AZ 85004-4408

The following document(s) are associated with this transaction:

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
    v.

JESSE MORAN ROJAS
29 Atkinson Lane
Watsonville, CA 95076

(Name and Address of Defendant)
DOB 11-16-71
SSN: 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
USINS:
USM   61189-008

CR-95-413-1-PHX-RGS

JUDGMENT IN A CRIMINAL CASE

Michael V. Black
Attorney for Defendant

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 2 1998
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**THE DEFENDANT ENTERED A PLEA OF:**
X guilty _ nolo contendre: as to <u>Count One of the Indictment</u>

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession with intent to Distribute Cocaine, a Class A felony, in violation of Title 21 USC 841(a) and (b)(1)(A)(ii)(II) as charged in Count One of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT:** IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of ONE HUNDRED AND THIRTY-FIVE (135) MONTHS. Defendant to recieve credit for aall time confined prior to this date of sentencing. Sentence imposed to run CONCURRENT with any sentence imposed by a state court. Defendant to undergo mandatory drug testing pursuant to 18 USC 3563(a)(4) and 3583(d). Defendant to receive the opportunity to participate in the 500 hour residential drug program.

FURTHER ORDERED imposing a term of supervised release of FIVE (5) YEARS commencing upon defendant's release from confinement and with the following special condtions:

1. That defendant shall participate as instructed by the supervising officer in a program of substance abuse treatment including testing; defendant to contribute to the cost of the program.
2. That defendant shall submit to search of person, property, vehicles, business and residence to be conducted in a reasonable manner.
3. That defendant shall provide the probation officer access to any requested financial information.
4. That defendant is prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
5. That defendant shall participate in a mental health program as directed by the probation officer including taking of prescribed medication; defendant to contribute to the cost of the program.

IT IS ORDERED exonerating $35,000 property bond.

IT IS ORDERED remanding defendant to the custody of the U. S. Marshal.

In addition to any conditions of supervised release/probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed:

CR-95-413-1-PHX-RGS
PAGE 2
USA v. Rojas, Jesse Moran
===============================================================================

CONDITIONS OF PROBATION/SUPERVISED RELEASE

Where probation/supervised release has been ordered the defendant shall:
(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law enforcement officer:
(2) associate only with law-abiding persons and maintain reasonable hours:
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work, notify your probation officer at once, and consult him prior to job changes):
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any changes in your place of residence;
(6) follow the probation officer's instructions, report as directed and comply with any general or special conditions pursuant to District of Arizona General Order 201.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervise release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

IT IS FURTHER ORDERED that the defendant shall pay a total assessment of $50 pursuant to Title 18, U.S.C. Section 3013 for count One as follows:
**SPECIAL ASSESSMENT TO BE PAID IMMEDIATELY AND IF NOT IMMEDIATELY PAID, THAT PAYMENTS BE MADE PURSUANT TO THE INMATE FINANCIAL RESPONSIBILITY PROGRAM OR AS DIRECTED BY THE COURT**

IT IS FURTHER ORDERED THAT remaining counts are DISMISSED on oral motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States attorney for this district any amount imposed as restitution. The defendant shall pay to the Clerk of the Court any amount imposed as a fine and as a cost of prosecution. Payment of such amount is due immediately but, if so ordered shall be payable in equal monthly installments and with payment in full by a date certain. In all cases restitution, fines, and costs shall be payable during the period of incarceration with the payment of any remaining balance to be a condition of probation or supervised release. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the United States Attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

X The Court orders commitment to the custody of the Bureau of Prisons and recommends: That defendant be confined at Lompac, CA

April 20, 1998
Date of Imposition of Sentence

Signature of Judicial Officer
ROGER G. STRAND
UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

4-22-98
Date

I hereby attest and certify on 2/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

RETURN
I have executed this Judgment as follows:

_____

Defendant delivered on _____ to _____ at
                        Date
_____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case

_____
United States Marshal

By_____
   Deputy Marshal

USA PO PSA USM INS Fin Counsel OB Judge

X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 29 1995

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>v.<br>JESSE MORAN ROJAS, Jr.,<br>         Defendant. | NO. **CR 95-413 PHX**<br><u>I N D I C T M E N T</u><br><br>VIO: 21 U.S.C. § 841(a)(1) Possession With Intent to Distribute Cocaine<br>COUNT 1<br><br>VIO: 21 U.S.C. §§ 952(a), 960, 963, Importation, or Attempted Importation of Cocaine<br>COUNT 2<br><br>VIO: 18 U.S.C. § 2 (Aiding and Abetting)<br>COUNTS 1 AND 2 |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about November 20, 1995, in the District of Arizona, the defendant, JESSE MORAN ROJAS, Jr., knowingly and unlawfully possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 2

On or about November 20, 1995, in the District of Arizona, the defendant, JESSE MORAN ROJAS, Jr., knowingly and unlawfully imported, or attempted to import, into the customs territory of the United States, from the Republic of Mexico, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960 and 963, and Title 18, United States Code, Section 2.

A TRUE BILL

/s/ Linda M. Kite
FOREMAN OF THE GRAND JURY
Date: 11-29-95

JANET NAPOLITANO
United States Attorney
District of Arizona

/s/ Matthew F. Heffron
MATTHEW F. HEFFRON
Assistant U.S. Attorney

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

CLOSED, DFT-SENTENCED, TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:95-cr-00413-RGS-1

Case title: USA, et al v. Rojas
Magistrate judge case number: 2:95-mj-01716

Date Filed: 11/29/1995
Date Terminated: 04/20/1998

Assigned to: Judge Roger G Strand

**Defendant (1)**

**Jesse Moran Rojas, Jr**
*TERMINATED: 04/20/1998*

represented by **Grant Raymond Bashore**
Federal Public Defender
407 W Congress St
Ste 501
Tucson, AZ 85701-1310
520-879-7500
Fax: 520-879-7601
Email: grant_bashore@fd.org
*TERMINATED: 12/01/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jon M Sands**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: jon_sands@fd.org
*TERMINATED: 01/02/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michael V Black**
Law Office of Michael V Black
335 E Palm Ln
Phoenix, AZ 85004
602-265-7200

Fax: 602-265-2431
Email: Mike@MichaelVBlack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1) & 18:2 - Possession with Intent to Distribute Cocaine and Aid and Abet
(1)

21:952(a)/960/963 & 18:2 - Importation, or Attempted Importation of Cocaine and Aid and Abet
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:952(a)/960/963 & 18:2 - Importation, or Attempted Importation of Cocaine and Aid and Abet
(2)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

CBOP for 135 mos; dft to receive credit for all time confined prior to this date of sentencing; sentence to run concurrent to any sentence imposed by a state court; upon release, dft placed on 5 yrs (60 mos) supervised release; S/A $50; exonerat ing $35,000 property bond

**Disposition**

Dismissed upon oral motion of the USA

**Disposition**

---

**Plaintiff**

**United States of America**                represented by **Matthew Francis Heffron**
                                                          US Attorney's Office
                                                          2 Renaissance Sq
                                                          40 N Central
                                                          Ste 1200
                                                          Phoenix, AZ 85004-4408
                                                          (602)514-7500
                                                          *TERMINATED: 06/07/1996*
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Michael William Kemp**
US Attorney's Office
2 Renaissance Sq
40 N Central
Ste 1200
Phoenix, AZ 85004-4408
(602)514-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/1995 | | DEFENDANT Jesse Moran Rojas Jr arrested. Jesse Moran Rojas (1) count(s) cmp [ 2:95-m -1716 ] (former emp) (Entered: 11/24/1995) |
| 11/21/1995 | 1 | COMPLAINT filed as to Jesse Moran Rojas Jr [ 2:95-m -1716 ] (former emp) (Entered: 11/24/1995) |
| 11/21/1995 | 2 | ( FILED: 11/21/95) MINUTES: before Mag Judge Jay Irwin Interpreter: Kathy Schaben first appearance of Jesse Moran Rojas Jr; informed of rights, charges, etc.; , c ; detention hearing set for 9:30 11/27/95 for Jesse Moran Rojas Jr , ; appointment of counsel hearing set for 9:30 11/27/95 for Jesse Moran Rojas Jr , before Mag Judge Barry G. Silverman [2-5] [ 2:95-m -1716 ] (former emp) (Entered: 11/24/1995) |
| 11/21/1995 | 3 | ORDER by Mag Judge Jay Irwin for temporary detention as to Jesse Moran Rojas Jr and also temporary commitment issued. [ 2:95-m -1716 ] (former emp) (Entered: 11/24/1995) |
| 11/27/1995 | 4 | ( FILED: 11/27/95) MINUTES: before Mag Judge Barry G. Silverman Ct Rptr: ECR VReger dft Jesse Moran Rojas Jr appears with counsel Grant Raymond Bashore,AFPS, Atty Appt'd , Spanish interpreter not required;Det hrg and prel hrg set 11/29/95 at 1:30 p.m at request of parties , ; [cc: USA USM BGS PROB PT FPD [4-4] [ 2:95-m -1716 ] (PHR) (Entered: 11/30/1995) |
| 11/27/1995 | 5 | CJA Form 23 financial affidavit by Jesse Moran Rojas Jr [ 2:95-m -1716 ] (PHR) (Entered: 11/30/1995) |
| 11/29/1995 | 6 | INDICTMENT by USA attorney Matthew Francis Heffron. Counts filed against Jesse Moran Rojas (1) count(s) 1, 2 (CMM) (Entered: 11/30/1995) |
| 11/29/1995 | 7 | MINUTES: before Mag Judge Barry G. Silverman dft Jesse Moran Rojas Jr arraigned; not guilty plea entered; Attorney present; , ; pretrial motions due 12/20/95 for Jesse Moran Rojas Jr ; trial set for 9:00 1/16/96 for Jesse Moran Rojas Jr , Bond hearing conducted; property bond set for Jesse Moran Rojas Jr in the amount of $ 50,000 with additional conditions [cc: prob,pts,cnsl,usm,go,bgs [7-4] (CMM) (Entered: 11/30/1995) |
| 12/01/1995 | 8 | ORDER by Mag Judge Barry G. Silverman appointing counsel for Jesse Moran Rojas Jr Jon M Sands and terminating attorney Grant Raymond Bashore for |

| | | |
|---|---|---|
| | | Jesse Moran Rojas Jr (LAD) (Entered: 12/07/1995) |
| 12/14/1995 | 9 | MOTION to continue trial [9-1] by Jesse Moran Rojas , and for extension of time to file pretrial motions [9-2] by Jesse Moran Rojas (CMM) (Entered: 12/19/1995) |
| 12/19/1995 | 10 | ORDER by Judge Roger G. Strand granting motion to continue trial [9-1] by Jesse Moran Rojas, granting motion for extension of time to file pretrial motions [9-2] by Jesse Moran Rojas; pretrial motions ddl reset for 1/3/96 for Jesse Moran Rojas Jr; trial reset for 9:00 3/5/96 for Jesse Moran Rojas Jr , excludable delay interest of justice started (LAD) (Entered: 12/19/1995) |
| 12/26/1995 | 11 | MOTION to substitute attorney Michael Black in place of AFPD Jon Sands [11-1] by Jesse Moran Rojas Jr (LO) (CMM) (Entered: 12/28/1995) |
| 12/27/1995 | 12 | MOTION to (amend) modify conditions of release by Jesse Moran Rojas Jr [12-1] (MAP) (Entered: 12/28/1995) |
| 12/28/1995 | 13 | ORDER by Mag Judge Barry G. Silverman re motion to (amend) modify conditions of release by Jesse Moran Rojas Jr [12-1] hearing set for 9:00 1/3/96 for Jesse Moran Rojas Jr before Mag Judge Morton Sitver (MAP) (Entered: 12/28/1995) |
| 01/02/1996 | 14 | ORDER by Judge Roger G. Strand granting motion to substitute attorney Michael Black in place of AFPD Jon Sands [11-1] by Jesse Moran Rojas Jr ; withdrawing attorney Jon M Sands for Jesse Moran Rojas Jr ; Michael V Black substituted (LAD) (Entered: 01/04/1996) |
| 01/03/1996 | 15 | (FILED: 1/3/96) MINUTES: before Mag Judge Morton Sitver denying motion to (amend) modify conditions of release by Jesse Moran Rojas Jr [12-1]; dft continued detained as flight risk & danger; the Court finds presumption applies; hearing held re motion to (amend) modify conditions of release by Jesse Moran Rojas Jr [12-1] [cc: Judge/CD, USA, USM, Prob/PTS, Defense Counsel, KAR] [15-1] (LAD) (Entered: 01/04/1996) |
| 01/04/1996 | 16 | NOTICE OF APPEAL OF MAGISTRATE'S ORDER to modify custody conditions [16-1] by Jess Moran Rojas Jr (LAD) (Entered: 01/05/1996) |
| 01/05/1996 | 17 | NOTICE of confession, admissions and statements purs. to Local Rule 86 as to Jesse Moran Rojas Jr (LAD) (Entered: 01/09/1996) |
| 01/05/1996 | 18 | MOTION to transfer case to a single District Judge pursuant to Local Rule 1.2(e)(1) [18-1] by USA as to Jesse Moran Rojas Jr (LAD) (Entered: 01/09/1996) |
| 01/05/1996 | 19 | NOTICE of confession, admissions and statements purs. to Local Rule 86 as to Jesse Moran Rojas Jr (LAD) (Entered: 01/09/1996) |
| 01/09/1996 | 20 | NOTICE by pla USA of intention to use expert witness (LAD) (Entered: 01/11/1996) |
| 01/10/1996 | 21 | NOTICE of hearing re motion to modify custody conditions [16-1] by Jess Moran Rojas Jr ; hearing set for 9:00 1/11/96 for Jesse Moran Rojas Jr (LAD) (Entered: 01/11/1996) |
| 01/11/1996 | 23 | (FILED: 1/12/96) MINUTES: before Judge Roger G. Strand Ct Rptr: Merilyn |

| | | |
|---|---|---|
| | | Sanchez granting motion to modify custody conditions [16-1] by Jess Moran Rojas Jr; amending the terms & conditions of release to provide that dft may be released upon parties signing a general obligation note for $50,000.... [cc: not desingated] [23-1] (LAD) (Entered: 01/16/1996) |
| 01/12/1996 | 22 | MOTION to continue trial date [22-1] by Jesse Moran Rojas Jr [LO] (LAD) (Entered: 01/16/1996) |
| 01/19/1996 | 24 | (FILED: 1/19/96) MINUTES: before Mag Judge Barry G. Silverman location of release started as to dft Rojas ; Bond of $35,000 PROP/$5,000 CASH for Jesse Moran Rojas ; the deadline for recorder receipt to be given to Court is 2/2/96 [cc: CD, USA, USM, Prob/PTS, BGS, Defense Counsel] [24-3] (LAD) (Entered: 01/23/1996) |
| 01/19/1996 | 25 | ORDER by Mag Judge Barry G. Silverman setting conditions of release as to dft Jesse Rojas ; restricted to Santa Cruz County, CA & Maricopa County, AZ unless Court permission to travel elsewhere; the dft is required to reside with parents at 21 E High Street, Watsonville, CA....; $35,000 PROPERTY/$5,000 CASH bond (LAD) (Entered: 01/23/1996) |
| 01/19/1996 | | AGREEMENT TO FORFEIT PROPERTY as to dft Jesse Moran Rojas Jr (original sent to recorder) (LAD) (Entered: 01/23/1996) |
| 01/19/1996 | 26 | PROPERTY & CASH BOND in the amount of $ 35,000 property, $5,000 cash as to Jesse Moran Rojas Jr; ordered by Mag Judge Barry G. Silverman (LAD) (Entered: 01/23/1996) |
| 01/19/1996 | 28 | ORDER by Judge Roger G. Strand granting motion to continue trial date [22-1] by Jesse Moran Rojas Jr ; trial set for 9:30 3/5/96 for Jesse Moran Rojas Jr , excludable delay interest of justice started (received 1/29/96) (LAD) (Entered: 01/29/1996) |
| 01/22/1996 | 27 | AFFIDAVIT re: appearance bond (Cash Security) as to Jesse Moran Rojas Jr in the amount of $ 5,000.00 by Stacey Gottlieb (LAD) (Entered: 01/23/1996) |
| 03/01/1996 | 29 | MOTION to continue trial date [29-1] by Jesse Moran Rojas Jr [LO] (LAD) (Entered: 03/05/1996) |
| 03/08/1996 | 30 | ORDER by Judge Roger G. Strand granting motion to continue trial date [29-1] by Jesse Moran Rojas Jr ; trial set for 9:30 6/4/96 for Jesse Moran Rojas Jr , excludable delay interest of justice started (former emp) (Entered: 03/08/1996) |
| 04/03/1996 | 31 | SUPPLEMENTAL NOTICE by pla USA of government's intention to use expert witness (LAD) (Entered: 04/04/1996) |
| 05/31/1996 | 32 | MOTION to continue trial date [32-1] by Jesse Moran Rojas Jr [LO] (LAD) (Entered: 06/04/1996) |
| 06/04/1996 | 33 | ORDER by Judge Roger G. Strand granting motion to continue trial date [32-1] by Jesse Moran Rojas Jr; trial reset for 9:00 7/30/96 for Jesse Moran Rojas Jr , before Judge Roger G. Strand , excludable delay interest of justice started (LAD) (Entered: 06/06/1996) |
| 06/07/1996 | 34 | NOTICE of Substitution of attorney for USA , Michael William Kemp; |

| | | |
|---|---|---|
| | | terminating attorney Matthew Francis Heffron for USA (LAD) (Entered: 06/07/1996) |
| 07/30/1996 | 35 | MOTION to continue trial date [35-1] by Jesse Moran Rojas Jr (LAD) (Entered: 08/01/1996) |
| 08/02/1996 | 36 | ORDER by Judge Roger G. Strand granting motion to continue trial date [35-1] by Jesse Moran Rojas Jr; trial reset for 9:00 10/8/96 for Jesse Moran Rojas Jr , before Judge Roger G. Strand ; excludable delay interest of justice started (LAD) (Entered: 08/05/1996) |
| 09/25/1996 | 37 | MOTION to continue trial date by Jesse Moran Rojas Jr [37-1] (former emp) (Entered: 09/26/1996) |
| 10/08/1996 | 38 | ORDER by Judge Roger G. Strand granting motion to continue trial date by Jesse Moran Rojas Jr [37-1] ; trial reset for 9:00 11/19/96 for Jesse Moran Rojas Jr , excludable delay interest of justice started (LAD) (Entered: 10/10/1996) |
| 11/18/1996 | 39 | MOTION to continue trial date [39-1] by Jesse Moran Rojas Jr [LO] (LAD) (Entered: 11/19/1996) |
| 11/21/1996 | 40 | ORDER by Judge Roger G. Strand granting motion to continue trial date [39-1] by Jesse Moran Rojas Jr; trial reset for 9:00 1/14/97 for Jesse Moran Rojas Jr , before Judge Roger G. Strand , excludable delay interest of justice started (LAD) (Entered: 11/25/1996) |
| 02/03/1997 | 41 | MOTION to continue trial date [41-1] by Jesse Moran Rojas Jr (former emp) (Entered: 02/05/1997) |
| 02/11/1997 | 42 | ORDER by Judge Roger G. Strand granting motion to continue trial date [41-1]; trial reset for 9:00 3/18/97 for Jesse Moran Rojas Jr , before Judge Roger G. Strand , excludable delay interest of justice started (LAD) (Entered: 02/13/1997) |
| 04/03/1997 | 43 | MINUTE ORDER ; possible chg of plea hearing set for 9:00 4/21/97 for Jesse Moran Rojas Jr , before Mag Judge Barry G. Silverman [43-3] (former emp) (Entered: 04/07/1997) |
| 04/14/1997 | 48 | PETITION for pretrial rel as to Jesse Moran Rojas Jr; ordered by Mag Judge Barry G. Silverman filed on 3/27/97; Warrant issued on 3/27/97 (former emp) (Entered: 05/13/1997) |
| 04/21/1997 | 44 | ORDER by Judge Roger G. Strand and consent of Jesse Moran Rojas Jr for referral to Magistrate Judge for change of plea. (LAD) (Entered: 04/22/1997) |
| 04/21/1997 | 45 | FINDINGS & RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY as to Jesse Moran Rojas Jr (LAD) (Entered: 04/22/1997) |
| 04/21/1997 | 46 | ( FILED: 4/21/97) MINUTES: before Mag Judge Barry G. Silverman Jesse Moran Rojas (1) count(s) 1 enters a plea of guilty ; plea agreement lodged as to Jesse Moran Rojas Jr ; presentence investigation ordered ; trial vacated; plea hrg held; sentencing set for 11:00 7/7/97 for Jesse Moran Rojas Jr , before |

| | | |
|---|---|---|
| | | Judge Roger G. Strand ; finding pretrial motions moot. [cc: Mag Judge, Prob, PTS, CD, US Atty, Defense Counsel, US Marshal] [46-6] (LAD) (Entered: 04/22/1997) |
| 04/24/1997 | 47 | PRETRIAL RELEASE WARRANT returned executed on 4/14/97 as to Jesse Moran Rojas Jr (LAD) (Entered: 04/29/1997) |
| 05/08/1997 | 49 | RULE 40 documents received from ND of CA San Jose as to Jesse Moran Rojas Jr re ptn for revocation of pretrial rel; supervision handled by PTS in San Jose; dft arrested 4/14/97 and rel on previous conds of rel 4/15/97; removal hrg waived and ord to Dist of AZ Phoenix (former emp) (Entered: 05/13/1997) |
| 06/13/1997 | 50 | OBJECTIONS by Jesse Moran Rojas Jr to 1st draft of pre-sentence report. (LAD) (Entered: 06/17/1997) |
| 07/03/1997 | 51 | MOTION to continue sentencing by Jesse M Rojas [51-1] (former emp) (Entered: 07/04/1997) |
| 07/09/1997 | 52 | ORDER by Judge Roger G. Strand granting motion to continue sentencing by Jesse M Rojas [51-1]; sentencing reset for 11:00 8/25/97 for Jesse Moran Rojas Jr , before Judge Roger G. Strand (LAD) (Entered: 07/15/1997) |
| 08/28/1997 | 53 | MOTION to continue sentencing by Jesse M Rojas [53-1] [LO] (LAD) (Entered: 09/02/1997) |
| 08/29/1997 | 54 | ORDER by Judge Roger G. Strand granting motion to continue sentencing by Jesse M Rojas [53-1]; sentencing reset for 1:30 10/15/97 for Jesse Moran Rojas Jr (LAD) (Entered: 09/02/1997) |
| 10/01/1997 | 55 | MINUTE ORDER sentencing reset for 9:30 10/17/97 for Jesse Moran Rojas Jr [55-2] (LAD) (Entered: 10/02/1997) |
| 10/14/1997 | 56 | MOTION to continue sentencing by Jesse Moran Rojas Jr [56-1] (former emp) (Entered: 10/17/1997) |
| 11/10/1997 | 57 | ORDER by Judge Roger G. Strand granting motion to continue sentencing by Jesse Moran Rojas Jr [56-1] sentencing set for 9:00 11/13/97 for Jesse Moran Rojas Jr , before Judge Roger G. Strand (former emp) (Entered: 11/12/1997) |
| 02/16/1998 | 58 | PETITION for Supervised Release as to Jesse Moran Rojas Jr; ordered by Mag Judge Barry G. Silverman filed on 2/17/98; Warrant issued on 11/7/97 (LAD) (Entered: 03/03/1998) |
| 02/25/1998 | 59 | (FILED: 2/25/98) MINUTES: before Mag Judge Morton Sitver re: initial appearance on petition for revocation [58-1]; dft Jesse Moran Rojas ordered detained pending sentencing before Judge Strand [cc: all counsel] [59-1] (LAD) (Entered: 03/03/1998) |
| 03/02/1998 | 60 | RULE 40 documents received from N District of CA as to Jesse Moran Rojas Jr (certified copies of order for removal, waiver, original minute entry, certified copies of affidavit of Deputy US Marshal & docket received) (LAD) (Entered: 03/03/1998) |
| 03/02/1998 | 61 | CJA Form 23 financial affidavit by Jesse Moran Rojas Jr (LAD) (Entered: 03/03/1998) |

| 03/31/1998 | 62 | MOTION to continue sentencing by Jesse Moran Rojas [62-1] (LAD) (Entered: 04/02/1998) |
|---|---|---|
| 04/02/1998 | 63 | ORDER by Judge Roger G. Strand granting motion to continue sentencing by Jesse Moran Rojas [62-1] sentencing reset for 2:30 4/20/98 for Jesse Moran Rojas Jr , before Judge Roger G. Strand (LAD) (Entered: 04/02/1998) |
| 04/20/1998 | 65 | (FILED: 4/22/98) MINUTES: before Judge Roger G. Strand Ct Rptr: Leslie Foldy sentencing held as to dft Jesse Moran Rojas [65-2] (LAD) (Entered: 04/23/1998) |
| 04/20/1998 | 66 | JUDGMENT and Commitment issued as to Jesse Moran Rojas Jr Jesse Moran Rojas (1) count(s) 2. Dismissed upon oral motion of the USA , sentencing for Jesse Moran Rojas (1) count(s) 1. CBOP for 135 mos; dft to receive credit for all time confined prior to this date of sentencing; sentence to run concurrent to any sentence imposed by a state court; upon release, dft placed on 5 yrs (60 mos) supervised release; S/A $50; exonerating $35,000 property bond , Case closed ; ordered by Judge Roger G. Strand (LAD) (Entered: 04/23/1998) |
| 04/22/1998 | 67 | STATEMENT of reasons for imposing sentence as to Jesse Moran Rojas Jr by Judge Roger G. Strand (LAD) (Entered: 04/23/1998) |
| 04/22/1998 | 68 | PRESENTENCE report as to Jesse Moran Rojas Jr (original is sealed and held in probation office) (LAD) (Entered: 04/23/1998) |
| 04/22/1998 | 69 | PLEA agreement filed as to Jesse Moran Rojas Jr (LAD) (Entered: 04/23/1998) |
| 10/30/1998 | 70 | DISCHARGE of lien as to Jesse Moran Rojas Jr (former emp) (Entered: 11/02/1998) |
| 11/05/1998 | 71 | MOTION to exonerate cash bond by dft Jesse M Rojas (LAD) (Entered: 11/09/1998) |
| 11/13/1998 | 72 | ORDER by Judge Roger G. Strand granting motion to exonerate cash bond by dft Jesse M Rojas; that the $5,000.00 bond be sent directly to: Ms. Margaret Bowen.... (LAD) (Entered: 11/17/1998) |
| 09/10/1999 | 73 | MOTION to be granted credit for time on bond as "in custody" time by Jesse Moran Rojas Jr [73-1] (former emp) (Entered: 09/14/1999) |
| 09/30/1999 | 74 | ORDER by Judge Roger G. Strand: dft shall serve opposing counsel with copy of motion to be granted credit for time on bond as "in custody" time by Jesse Moran Rojas Jr [73-1] & shall file a certificate of service within 10 days of this order; failure to comply shall result in denial of dft's motion without further notice to the parties (former emp) (Entered: 09/30/1999) |
| 11/02/1999 | 75 | ORDER by Judge Roger G. Strand denying without prejudice the motion to be granted credit for time on bond as "in custody" time by Jesse Moran Rojas Jr [73-1] (LAD) (Entered: 11/02/1999) |
| 02/19/2008 | 76 | Supervised Release Jurisdiction Transferred to Northern District of California as to Jesse Moran Rojas, Jr. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Transfer Letter)(KMG) (Entered: 02/28/2008) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 02/28/2008 08:57:13 ||||
| PACER Login: | us4935 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:95-cr-00413-RGS |
| Billable Pages: | 6 | Cost: | 0.48 |

I hereby attest and certify on 2/28/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _Kathleen M. Gerolee_, Deputy